IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  3:25-PO-084 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| AARON MALCOM-TILMON, | : | 18 U.S.C. § 7 & 13 |
| | : | O.R.C. § 2917.11(A)(1)) |
| Defendant. | : | O.R.C. § 2921.331(A) |
| | : | |
| | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(1))

On or about May 17, 2025, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **AARON MALCOM-TILMON**, while in the presence of a law enforcement officer, did recklessly cause inconvenience, annoyance, and alarm to another by engaging in fighting, in threatening harm to persons or property, or in violent or turbulent behavior.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(1).

## COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A))

On or about May 17, 2025, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **AARON MALCOM-TILMON**, failed to comply with the lawful order or direction of any police officer invested with authority to direct, control, or regulate traffic.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A).


KELLY NORRIS
Acting United States Attorney


JAMES W. KITCHEN
Special Assistant United States Attorney

2